IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,

    Plaintiff,                      No. CIV S-09-2498 DAD P

    vs.

D. DAVEY, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Although plaintiff has filed an application to proceed in forma pauperis, plaintiff's application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 4, 2009 motion to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

/////

1          2. Plaintiff shall submit, within thirty days from the date of this order a properly
2  completed in forma pauperis application that includes a certified copy of plaintiff's prison trust
3  account statement for the six-month period immediately preceding the filing of the complaint in
4  this action and a prison official's certification; plaintiff is cautioned that failure to comply with
5  this order or seek an extension of time to do so will result in a recommendation that this action be
6  dismissed without prejudice; and
7          3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8  In Forma Pauperis By a Prisoner for use in a civil rights action.
9  DATED: September 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
oliv2498.3e