1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PEDRO JOAQUIN OLIVAS,

11          Plaintiff,                    No. CIV S-09-2498 DAD P

12       vs.

13   D. DAVEY et al.,

14          Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16          By an order filed February 16, 2010, this court ordered plaintiff to complete and

17   return to the court, within thirty days, the USM-285 forms and other documents necessary to

18   effect service on defendants.  That thirty day period has since passed, and plaintiff has not

19   responded in any way to the court's order.

20          IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly

21   assign a United States District Judge to this action.

22          IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Fed. R. Civ. P. 41(b).

24          These findings and recommendations will be submitted to the United States

25   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

26   twenty-one days after being served with these findings and recommendations, plaintiff may file

1

1    written objections with the court.  The document should be captioned "Objections to Findings

2    and Recommendations."   Plaintiff is advised that failure to file objections within the specified

3    time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

4    (9th Cir. 1991).

5    DATED: April 6, 2010.

6

7    _____

     DALE A. DROZD

8    UNITED STATES MAGISTRATE JUDGE

9    DAD:9
     oliv2498.fusm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26