IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,

    Plaintiff,                    No. CIV S-09-2498 JAM DAD P

    vs.

D. DAVEY, et al.,

    Defendants.               ORDER

_____/

        On April 6, 2010, the court issued findings and recommendations recommending dismissal of this action due to plaintiff's failure to complete and return to the court the USM-285 forms and other documents necessary to effect service on defendants. Plaintiff has since filed timely objections to the findings and recommendations and has submitted the documents at issue. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed on April 6, 2010 (Doc. No. 14) are vacated.

DATED: April 28, 2010.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:sj
oliv2498.vac.fr

1