IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,

    Plaintiff,                    No. CIV S-09-2498 JAM DAD P

    vs.

D. DAVEY et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On July 20, 2010, plaintiff filed a motion requesting that this action be voluntarily dismissed. The court will honor plaintiff's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 20, 2010 motion to dismiss (Doc. No. 23) is granted; and

        2. This action is dismissed pursuant to Fed. R. Civ. P. 41(a).

DATED: July 23, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
oliv2498.59